UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, AFFILIATED
WITH INTERNATIONAL UNION OF ALLIED
PAINTERS AND ALLIED TRADES, AFL-CIO,

                        Petitioner,

       -v-

FALCON & SONS CORP.,

                       Respondent.

------------------------------------------------------------------------X

20-CV-10113 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      On December 2, 2020, Petitioner filed a petition to recognize and enforce an arbitration award under the Federal Arbitration Act, 9 U.S.C. § 9. *See* ECF No. 1 ("Petition"). The Court will handle the Petition as it would a petition to confirm an arbitration award — namely, "akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006); *see, e.g.*, *Compagnie Noga D'Importation et D'Exportation, S.A. v. Russian Fed'n*, 361 F.3d 676, 683 (2d Cir. 2004) ("[U]pon the application of a party to an arbitration award made pursuant to the Convention, a district court shall enter an order confirming the award as against any other party to the arbitration, unless the court finds one of the grounds for refusal or deferral of recognition or enforcement of the award specified in the . . . Convention." (citing 9 U.S.C. § 207) (internal quotation marks omitted)).

      Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **December 17, 2020**. Respondents' opposition, if any, is due on **January 4, 2021**. Petitioners' reply, if any, is due **January 11, 2021**. Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than **December 17, 2020**, and shall file an affidavit of such service with the court no later than **December 18, 2020**.

      SO ORDERED.

Dated: December 3, 2020
      New York, New York

                                                _____
                                                 JESSE M. FURMAN
                                             United States District Judge