UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF GREATER :
NEW YORK LOCAL UNION 1974, AFFILIATED :
WITH INTERNATIONAL UNION OF ALLIED :
PAINTERS AND ALLIED TRADES, AFL-CIO,  :            20-CV-10113 (JMF)
                                      :
                     Petitioner,      :            ORDER
                                      :
        -v-                           :
                                      :
                                      :
FALCON & SONS CORP.,                  :
                                      :
                     Respondent.      :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 2, 2020, Petitioner filed a Petition to Confirm Arbitration. ECF No. 1. On December 3, 2020, the Court set a briefing schedule for Petitioner's submission of any additional materials in support of the Petition, Respondent's opposition, and Petitioner's reply. ECF No. 7. Pursuant to the briefing schedule, Respondent's opposition was due no later than January 4, 2021. ECF No. 7. To date, Respondent has neither responded to the petition nor otherwise sought relief from the Award.

      The Court's December 3rd Order also required Petitioner to file proof of service of "the petition and all supporting papers, **as well as this Order**," no later than December 18, 2020. *Id.* (emphasis added). Although Petitioner timely filed an affidavit of service of the petition, summons, and supporting documents, ECF No. 8, Petitioner has not filed proof of service of the December 3rd Order itself. The Court extends Petitioner's deadline to file proof of such service *nunc pro tunc* to **January 8, 2021**.

      Additionally, Petitioner contends in its memorandum of law that it is "entitled to payment of [its] attorneys' fees and costs incurred in bringing this petition." ECF No. 1-1, at 5. Petitioner shall file contemporaneous billing records and any other relevant documentation in support of its application for fees and costs no later than **January 8, 2021**, or alternatively, advise the Court that it has abandoned its application for fees and costs.

      SO ORDERED.

Dated: January 5, 2021
       New York, New York
                                                      JESSE M. FURMAN
                                                 United States District Judge