UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF GREATER :
NEW YORK LOCAL UNION 1974, AFFILIATED :
WITH INTERNATIONAL UNION OF ALLIED :
PAINTERS AND ALLIED TRADES, AFL-CIO, :   20-CV-10113 (JMF)
:
               Petitioner, :   ORDER
:
  -v- :
:
:
FALCON & SONS CORP., :
:
              Respondent. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of the fact that Petitioner did not serve Respondent with the Court's prior Scheduling Order until January 7, 2021, *see* ECF No. 10, the Court is obliged to set a new briefing schedule that affords Respondent a meaningful opportunity to be heard. It is hereby ORDERED that Respondent's opposition to the petition to confirm an arbitration award, if any, is due by **January 27, 2021.** Petitioner's reply, if any, is due by **February 3, 2021.** This Order supersedes the Court's prior Scheduling Order at ECF No. 7.

    Petitioner shall serve this Order upon respondent electronically and by overnight mail no later than **January 13, 2021**, and shall file an affidavit of such service with the Court no later than **January 14, 2021.**

    SO ORDERED.

Dated: January 11, 2021
       New York, New York
                                                       JESSE M. FURMAN
                                           United States District Judge