UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------------------

Drywall Tapers and Pointers of Greater New York Local )
Union 1974, Affiliated with International Union of Allied )
Painters and Allied Trades, AFL-CIO, )
)
) Index No.: 20-cv-10113 (JMF)
                Petitioner, )
) **JUDGMENT**
)
)
                -against- )
)
Falcon & Sons Corp., )
)
)
)
                Respondent. )

-------------------------------------------------------------------------------------------------------------------

      It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated January 28, 2021, Petitioner's application for enforcement of an arbitration award, (ECF Nos. 1, 4 & 11), seeking an order and judgment confirming the arbitration award is granted as follows: (i) confirming the Arbitration Award of the Joint Trade Board in its entirety; and (ii) granting Petitioner judgment against Respondent in the liquidated amount of $10,173.00, which includes the following: amount due, pursuant to the Arbitration Award in the sum of $7,000.00; attorney's fees in the sum of $2,700.00; and court costs and disbursements in the sum of $473.00; accordingly, this case is closed.

Dated: New York, New York  
       January 29, 2021

Any pending motions are moot.  All conferences are vacated.  
The Clerk of Court is directed to close the case.

So Ordered:

_____  
Honorable Jesse M. Furman, U.S.D.J.